B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court

## District of Nevada

In re   **LAWRENCE AUGUSTUS GRIHALVA**_____,    Case No.   **11-26893-BAM**_____

Debtor

Chapter_____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 384,000.00 | | |
| B - Personal Property | Yes | 3 | 11,487.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 4 | | 1,315,785.98 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 56,156.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 9 | | 195,273.64 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 11,884.25 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 11,107.50 |
| Total Number of Sheets of ALL Schedules | | 24 | | | |
| Total Assets | | | 395,487.00 | | |
| Total Liabilities | | | | 1,567,215.62 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## District of Nevada

In re    **LAWRENCE AUGUSTUS GRIHALVA** _____ ,
Debtor

Case No. ___**11-26893-BAM**___

Chapter _____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 56,156.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 56,156.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 11,884.25 |
| Average Expenses (from Schedule J, Line 18) | 11,107.50 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 14,090.61 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 927,576.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 56,156.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 195,273.64 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 1,122,849.64 |

B6A (Official Form 6A) (12/07)

.

In re    **LAWRENCE AUGUSTUS GRIHALVA**                                    , Case No.    **11-26893-BAM**
                                                            Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **HOME- 3222 E. VIKING RD., Las Vegas NV 89121-(1ST & 2ND MORTGAGE)** | | - | 250,000.00 | 892,576.00 |
| **CONDO-56 E. SERENE AVE. #120 LAS VEGAS, NV 89123** | | - | 134,000.00 | 419,000.00 |

|  |  |  |
|---|---|---|
| Sub-Total > | 384,000.00 | (Total of this page) |
| Total > | 384,000.00 | |

_**0**_   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re  **LAWRENCE AUGUSTUS GRIHALVA** , Case No. __11-26893-BAM__

Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **CASH ON HAND** | - | 50.00 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **US BANK -CHECKING** | - | 17.00 |
| | | | **US BANK -CHECKING** | - | 10.00 |
| | | | **BANK OF AMERICA-CHECKING** | - | 10.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **HOUSEHOLD GOODS** | - | 2,000.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | | **WEARING APPAREL** | - | 300.00 |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

|  | Sub-Total > | 2,387.00 |
|---|---|---|
|  | (Total of this page) | |

__2__  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **LAWRENCE AUGUSTUS GRIHALVA** _____,    Case No. ___**11-26893-BAM**___
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **GENERAL PLASTICS  S-CORP. DBA GP AEROSPACE** | - | 100.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >        **100.00**
(Total of this page)

Sheet ___**1**___ of ___**2**___ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **LAWRENCE AUGUSTUS GRIHALVA** ,    Case No.    **11-26893-BAM**
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2005 CADILLAC DEVILLE** | - | 6,000.00 |
| | | **1998 JEEP GRAND CHEROKEE** | - | 3,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

| | | |
|---|---|---|
| | Sub-Total > | **9,000.00** |
| | (Total of this page) | |
| | Total > | **11,487.00** |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

.

In re **LAWRENCE AUGUSTUS GRIHALVA**                    , Case No. __**11-26893-BAM**__

                                                              Debtor

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
☒ 11 U.S.C. §522(b)(3)

■ Check if debtor claims a homestead exemption that exceeds
$146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **HOME- 3222 E. VIKING RD., Las Vegas NV 89121-(1ST & 2ND MORTGAGE)** | **Nev. Rev. Stat. §§ 21.090(1)(l) and 115.050** | **250,000.00** | **250,000.00** |
| **Cash on Hand** | | | |
| **CASH ON HAND** | **Nev. Rev. Stat. § 21.090(1)(z)** | **50.00** | **50.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **US BANK -CHECKING** | **Nev. Rev. Stat. § 21.090(1)(z)** | **17.00** | **17.00** |
| **US BANK -CHECKING** | **Nev. Rev. Stat. § 21.090(1)(z)** | **10.00** | **10.00** |
| **BANK OF AMERICA-CHECKING** | **Nev. Rev. Stat. § 21.090(1)(z)** | **10.00** | **10.00** |
| **Household Goods and Furnishings** | | | |
| **HOUSEHOLD GOODS** | **Nev. Rev. Stat. § 21.090(1)(b)** | **2,000.00** | **2,000.00** |
| **Wearing Apparel** | | | |
| **WEARING APPAREL** | **Nev. Rev. Stat. § 21.090(1)(b)** | **300.00** | **300.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2005 CADILLAC DEVILLE** | **Nev. Rev. Stat. § 21.090(1)(z)** | **913.00** | **6,000.00** |
| **1998 JEEP GRAND CHEROKEE** | **Nev. Rev. Stat. § 21.090(1)(f)** | **3,000.00** | **3,000.00** |
| | Total: | **256,300.00** | **261,387.00** |

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re    **LAWRENCE AUGUSTUS GRIHALVA**                                    Case No.    **11-26893-BAM**
                                                    ,
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **xxxxxx5808** | | | | **First Mortgage** | | | | | |
| **AURORA LOAN SERVICES ATTN:MANAGING AGENT 10350 PARK MEADOWS DRIVE Littleton, CO 80124** | - | | | **HOME- 3222 E. VIKING RD., Las Vegas NV 89121-(1ST MORTGAGE)** | | | **X** | | |
| | | | | Value $             **250,000.00** | | | | **742,576.00** | **492,576.00** |
| Account No. | | | | | | | | | |
| **MCCARTHY & HOLTHUS, LLP ATTN:MANAGING AGENT 811 SOUTH SIXTH STREET Las Vegas, NV 89101** | | | | **Representing: AURORA LOAN SERVICES** | | | | **Notice Only** | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS) ATTN:MANAGING AGENT 3300 S.W. 34TH AVE STE 101 Ocala, FL 34474** | | | | **Representing: AURORA LOAN SERVICES** | | | | **Notice Only** | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| **PRA RECIVABLE MANAGEMENT LLC ATTN:MANAGING AGENT P.O.BOX 41067 Norfolk, VA 23541** | | | | **Representing: AURORA LOAN SERVICES** | | | | **Notice Only** | |
| | | | | Value $ | | | | | |

_____**3**_____ continuation sheets attached

Subtotal
(Total of this page)

| | |
|---|---|
| **742,576.00** | **492,576.00** |

B6D (Official Form 6D) (12/07) - Cont.

In re    __LAWRENCE AUGUSTUS GRIHALVA_____,    Case No.    __11-26893-BAM_____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
| | | H | W | J C | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **QUALITY LOAN SERVICE CORP.** **ATTN:MANAGING AGENT** **2141 5TH AVE** **San Diego, CA 92101** | | | | | **Representing:** **AURORA LOAN SERVICES** <br><br> Value $ | | | | **Notice Only** | |
| Account No. <br><br> **RECOVERY MANAGEMENT SYSTEMS CORP.** **ATTN:MANAGING AGENT** **25 SE 2ND AVE. SUITE 1120** **Miami, FL 33131** | | | | | **Representing:** **AURORA LOAN SERVICES** <br><br> Value $ | | | | **Notice Only** | |
| Account No. <br><br> **US BANK** **ATTN:MANAGING AGENT** **4801 FREDERICA ST.** **Owensboro, KY 42301** | | | | | **Representing:** **AURORA LOAN SERVICES** <br><br> Value $ | | | | **Notice Only** | |
| Account No. **xxxxxx1882** <br><br> **HOMECOMING FINANCIAL** **ATTN:MANAGING AGENT** **P.O.BOX 205** **Waterloo, IA 50704-0205** | - | | | | **Second Mortgage** <br><br> HOME- 3222 E. VIKING RD., Las Vegas NV 89121-(2ND MORTGAGE) <br><br> Value $             **250,000.00** | | | | **150,000.00** | **150,000.00** |
| Account No. <br><br> **PITE DUNCAN, LLP** **ATTN:MANAGING AGENT** **4375 JUTLAND DRIVE SUITE 200** **P.O.BOX 17933** **San Diego, CA 92117** | | | | | **Representing:** **HOMECOMING FINANCIAL** <br><br> Value $ | | | | **Notice Only** | |

Sheet __1__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page) | **150,000.00** | **150,000.00**

B6D (Official Form 6D) (12/07) - Cont.

In re    __LAWRENCE AUGUSTUS GRIHALVA_____,    Case No.    __11-26893-BAM_____

                                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **WOLFE & WYNMAN LLP** **ATTN:MANAGING AGENT** **980 KELLY JOHNSON DR.** **SUITE 140** **Las Vegas, NV 89119** | | | Representing: **HOMECOMING FINANCIAL** | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No. **xxxxx2419** | | | **Mortgage** | | | | | |
| **SELECT PORTFOLIO SERVICING** **ATTN:MANAGING AGENT** **P.O.BOX 65250** **Salt Lake City, UT 84165-0250** | - | | **CONDO-56 E. SERENE AVE. #120 LAS VEGAS, NV 89123** | | | | | |
| | | | Value $                134,000.00 | | | | 419,000.00 | 285,000.00 |
| Account No. | | | | | | | | |
| **BANK OF AMERICA HOME LOANS SERV.** **ATTN:MANAGING AGENT** **450 AMERICAN ST. SV.** **Simi Valley, CA 93065** | | | Representing: **SELECT PORTFOLIO SERVICING** | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| **RECONTRUST COMPANY** **ATTN:MANAGING AGENT** **2380 PERFORMANCE DR.** **TX2-985-07-03** **Richardson, TX 75082** | | | Representing: **SELECT PORTFOLIO SERVICING** | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No. **xxxx9010** | | | **AUTO LOAN** | | | | | |
| **USAA FEDERAL SAVINGS BANK** **ATTN:MANAGING AGENT** **P.O.BOX 47504** **San Antonio, TX 78265-7504** | - | | **2005 CADILLAC DEVILLE** | | | X | | |
| | | | Value $                  6,000.00 | | | | 4,209.98 | 0.00 |

Sheet __2__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 423,209.98 | 285,000.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re  **LAWRENCE AUGUSTUS GRIHALVA** ,                    Case No.   **11-26893-BAM**
                                     Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| **CBCS ATTN:MANAGING AGENT P.O.BOX 2589 Columbus, OH 43216** | | | **Representing: USAA FEDERAL SAVINGS BANK** | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| **USAA FEDERAL SAVINGS BANK ATTN:MANAGING AGENT 10750 MCDERMOTT FREEWAY San Antonio, TX 78288-0544** | | | **Representing: USAA FEDERAL SAVINGS BANK** | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

Sheet **3** of **3** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | **0.00** | **0.00** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **1,315,785.98** | **927,576.00** |

B6E (Official Form 6E) (4/10)

.

In re __**LAWRENCE AUGUSTUS GRIHALVA**_____,      Case No. __**11-26893-BAM**_____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

     A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

     The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

     If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

     Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

     Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

     Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

     Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

     Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

     Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

     Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

     Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

     Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

     Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

     Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

     Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_____
*_Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

__**1**____ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re    **LAWRENCE AUGUSTUS GRIHALVA** ,    Case No.   **11-26893-BAM**
Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | | |
| Account No. | | | | 2006-2007-2010 | | | | | | |
| IRS INTERNAL REVENUE SERVICE STOP 5028 110 CITY PARKWAY Las Vegas, NV 89106 | - | | | INCOME TAX | | | | 56,156.00 | 0.00 | 56,156.00 |
| Account No. | | | | | | | | | | |
| IRS DEPT. OF TREASURY INTERNAL REVENUE SERVICE Ogden, UT 84201 | | | | Representing: IRS | | | | Notice Only | | |
| Account No. | | | | | | | | | | |
| IRS ATTN:MANAGING AGENT P.O.BOX 105078 Atlanta, GA 30348-5078 | | | | Representing: IRS | | | | Notice Only | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  | Subtotal (Total of this page) | 0.00 | |
|---|---|---|---|
|  | | 56,156.00 | 56,156.00 |
|  | Total (Report on Summary of Schedules) | 0.00 | |
|  | | 56,156.00 | 56,156.00 |

B6F (Official Form 6F) (12/07)

In re    **LAWRENCE AUGUSTUS GRIHALVA**                                    Case No.    **11-26893-BAM**
_____ ,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxx-xxxx-xxxx-5144 <br><br> **AIRLINE PILOTS ASSOCIATION FCU ATTN:MANAGING AGENT 16W345 83RD ST. STE A Willowbrook, IL 60527-7982** | - | | | **2006-2011 CREDIT CARD** | | | | **24,409.51** |
| Account No. <br><br> **CUSTOM SERVICE ATTN:MANAGING AGENT P.O.BOX 30495 Tampa, FL 33630** | | | | **Representing: AIRLINE PILOTS ASSOCIATION FCU** | | | | **Notice Only** |
| Account No. <br><br> **RAUSCH, STURM, ISRAEL & HORNIK ATTN:MANAGING AGENT 2448 SOUTH 102ND STREET SUITE 210 Milwaukee, WI 53227** | | | | **Representing: AIRLINE PILOTS ASSOCIATION FCU** | | | | **Notice Only** |
| Account No. xxxx-xxxx-xxxx-8869 <br><br> **ALLIANT CREDIT UNION ATTN:MANAGING AGENT 11545 W. TOUHY AVE. Chicago, IL 60666-5000** | - | | | **2007-2011 CREDIT CARD** | | | | **14,927.60** |

__8__    continuation sheets attached

Subtotal
(Total of this page)        **39,337.11**

B6F (Official Form 6F) (12/07) - Cont.

In re    **LAWRENCE AUGUSTUS GRIHALVA**                                    ,    Case No.    **11-26893-BAM**
                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **ALLIANT CREDIT UNION** <br> **ATTN:MANAGING AGENT** <br> **P.O.BOX 31112** <br> **Tampa, FL 33631-3112** | | | | Representing: <br> **ALLIANT CREDIT UNION** | | | | **Notice Only** |
| Account No. **xxxx-xxxxxx-x1005** <br><br> **AMERICAN EXPRESS** <br> **ATTN:MANAGING AGENT** <br> **P.O.BOX 981537** <br> **El Paso, TX 79998** | - | | | **2007-2011** <br> **CREDIT CARD** | | | | **4,614.85** |
| Account No. <br><br> **BECKET AND LEE LLP** <br> **ATTN:MANAGING AGENT** <br> **P.O.BOX 3001** <br> **Malvern, PA 19355-0701** | | | | Representing: <br> **AMERICAN EXPRESS** | | | | **Notice Only** |
| Account No. <br><br> **FIRST SOURCE** <br> **ATTN:MANAGING AGENT** <br> **205 BRYANT WOODS SOUTH** <br> **Buffalo, NY 14228** | | | | Representing: <br> **AMERICAN EXPRESS** | | | | **Notice Only** |
| Account No. <br><br> **NCO FINANCIAL INSTITUTION** <br> **ATTN:MANAGING AGENT** <br> **507 PRUDENTIAL RD** <br> **Horsham, PA 19044** | | | | Representing: <br> **AMERICAN EXPRESS** | | | | **Notice Only** |

Sheet no. __1__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **4,614.85**

B6F (Official Form 6F) (12/07) - Cont.

In re    **LAWRENCE AUGUSTUS GRIHALVA**                                      ,          Case No.    **11-26893-BAM**
                                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **xxxx-xxxx-xxxx-1664**<br><br>**CAPITAL ONE BANK**<br>**ATTN:MANAGING AGENT**<br>**P.O.BOX 30285**<br>**Salt Lake City, UT 84130** | - | | | 2007-2011<br>CREDIT CARD | | | | 1,100.00 |
| Account No. **xxxx-xxxx-xxxx-0221**<br><br>**CHASE**<br>**ATTN:MANAGING AGENT**<br>**P.O.BOX 15298**<br>**Wilmington, DE 19850-5298** | - | | | 2007-2011<br>CREDIT CARD | | | | 5,822.00 |
| Account No.<br><br>**ECAST SETTLEMENT CORP.**<br>**ATTN:MANAGING AGENT**<br>**P.O.BOX 35480**<br>**Newark, NJ 07193-5480** | | | | Representing:<br>CHASE | | | | Notice Only |
| Account No. **1097**<br><br>**CLARK COUNTY  RECLAMATION**<br>**ATTN:MANAGING AGENT**<br>**P.O.BOX 98526**<br>**Las Vegas, NV 89193-8526** | - | | | 2008<br>UTILITY | | | | 200.00 |
| Account No. **xxx-x79-26**<br><br>**CONOCO PHILLIPS 66**<br>**ATTN:MANAGING AGENT**<br>**P.O.BOX 689140**<br>**Des Moines, IA 50368-9140** | - | | | 2007-2011<br>CREDIT CARD | | | | 552.08 |

| | | |
|---|---|---|
| Sheet no. __2__ of __8__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | 7,674.08 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **LAWRENCE AUGUSTUS GRIHALVA** ,                    Case No.    **11-26893-BAM**
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**LVNV FUNDING LLC**<br>**ATTN:MANAGING AGENT**<br>**P.O.BOX 10587**<br>**Greenville, SC 29603-0587** | | | **Representing:**<br>**CONOCO PHILLIPS 66** | | | | **Notice Only** |
| Account No. **xxxx-xxxx-xxxx-1332**<br><br>**HSBC BANK**<br>**ATTN:MANAGING AGENT**<br>**P.O.BOX 29468**<br>**Phoenix, AZ 85038-9468** | | - | **2007-2011**<br>**CREDIT CARD** | | | | **1,800.00** |
| Account No.<br><br>**DIRECT REWARDS**<br>**ATTN:MANAGING AGENT**<br>**P.O.BOX 21460**<br>**Tulsa, OK 74121-1460** | | | **Representing:**<br>**HSBC BANK** | | | | **Notice Only** |
| Account No.<br><br>**ECAST SETTLEMENT CORP.**<br>**ATTN:MANAGING AGENT**<br>**P.O.BOX 35480**<br>**Newark, NJ 07193-5480** | | | **Representing:**<br>**HSBC BANK** | | | | **Notice Only** |
| Account No.<br><br>**JOAN Z. GRIHALVA**<br>**ATTN:MANAGING AGENT**<br>**3222 E. VIKING RD.**<br>**Las Vegas, NV 89121** | | - | **2008**<br>**LOAN FOR PROPERTY** | | | | **10,000.00** |

Sheet no. __3___ of __8___ sheets attached to Schedule of          Subtotal
Creditors Holding Unsecured Nonpriority Claims                (Total of this page)          **11,800.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **LAWRENCE AUGUSTUS GRIHALVA**                       ,     Case No.   **11-26893-BAM**

                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxxx2962**<br><br>**LAS VEGAS VALLEY WATER DISTRICT**<br>**ATTN:MANAGING AGENT**<br>**1001 S. VALLEY VIEW BLVD.**<br>**Las Vegas, NV 89153** | - | | | **2011**<br>**UTILITY** | | | | 1,700.00 |
| Account No. **xxxx-xxxx-xxxx-7020**<br><br>**MACYS**<br>**ATTN:MANAGING AGENT**<br>**9111 DUKE BLVD.**<br>**Mason, OH 45040-8999** | - | | | **2007-2011**<br>**CREDIT CARD** | | | | 4,549.66 |
| Account No. **xx-xxx-xxx-770-1**<br><br>**MACYS**<br>**ATTN:MANAGING AGENT**<br>**P.O.BOX 8217**<br>**Mason, OH 45040** | - | | | **2001-2011**<br>**CREDIT CARD** | | | | 500.00 |
| Account No. **9795**<br><br>**NEVADA POWER**<br>**ATTN:MANAGING AGENT**<br>**P.O.BOX 98910**<br>**Las Vegas, NV 89151-0001** | - | | | **2008**<br>**UTILITY** | | | | 800.00 |
| Account No. **xxxx-xxxx-xxxx-7783**<br><br>**PROVIDIAN**<br>**ATTN:MANAGING AGENT**<br>**P.O.BOX 660509**<br>**Dallas, TX 75266-0509** | - | | | **2007-2011**<br>**CREDIT CARD** | | | | 11,636.24 |

Sheet no. **4** of **8** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **19,185.90**

B6F (Official Form 6F) (12/07) - Cont.

In re __LAWRENCE AUGUSTUS GRIHALVA_____,     Case No. ___11-26893-BAM_____
                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | Representing: PROVIDIAN | | | | Notice Only |
| **LVNV FUNDING LLC ATTN:MANAGING AGENT P.O.BOX 10587 Greenville, SC 29603-0587** | | | | | | | | |
| Account No. **xxxx-xxxx-xxxx-2273** | | - | | 2006-2011 CREDIT CARD | | | | |
| **SEARS/CBNA ATTN:MANAGING AGENT P.O.BOX 6924 The Lakes, NV 88901-6924** | | | | | | | | 9,000.00 |
| Account No. | | | | Representing: SEARS/CBNA | | | | Notice Only |
| **LVNV FUNDING LLC ATTN:MANAGING AGENT P.O.BOX 10587 Greenville, SC 29603-0587** | | | | | | | | |
| Account No. | | | | Representing: SEARS/CBNA | | | | Notice Only |
| **SEARS/CBNA ATTN:MANAGING AGENT 133200 SMITH RD Cleveland, OH 44130** | | | | | | | | |
| Account No. | | - | | 2011 ATTY FEES | | | | |
| **THOMAS E CROWE PROF LAW CORP. ATTN:MANAGING AGENT 2980 S. JONES BLVD. STE A. Las Vegas, NV 89146** | | | | | | | | 10,823.40 |

| | | |
|---|---|---|
| Sheet no. __5___ of __8___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 19,823.40 |

B6F (Official Form 6F) (12/07) - Cont.

In re   __LAWRENCE AUGUSTUS GRIHALVA_____,   Case No.   __11-26893-BAM_____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| **Account No.** | | | | | | | | |
| **CREDIT BUREAU CENTRAL**<br>**ATTN:MANAGING AGENT**<br>**P.O.BOX 29299**<br>**Las Vegas, NV 89126** | | | | Representing:<br>**THOMAS E CROWE PROF LAW CORP.** | | | | **Notice Only** |
| **Account No. xxxxxxxxx4020** | | | | 2001<br>BUS. LOAN | | | | |
| **US BANCORP**<br>**ATTN:MANAGING AGENT**<br>**125 WALNUT ST.**<br>**Cincinnati, OH 45202-3923** | | - | | | | | | **20,937.91** |
| **Account No.** | | | | | | | | |
| **U.S. SMALL BUSINESS ADMINISTRATION**<br>**ATTN:MANAGING AGENT**<br>**801 TOM MARTIN DR. STE #120**<br>**Birmingham, AL 35211** | | | | Representing:<br>**US BANCORP** | | | | **Notice Only** |
| **Account No. xxxx-xxxx-xxxx-2713** | | | | 2007-2011<br>CREDIT CARD | | | | |
| **US BANK**<br>**ATTN:MANAGING AGENT**<br>**P.O.BOX 108**<br>**Saint Louis, MO 63166-9801** | | - | | | | | | **10,851.06** |
| **Account No.** | | | | | | | | |
| **PHILLIPS & COHEN ASSOCIATES, LTD.**<br>**ATTN:MANAGING AGENT**<br>**1002 JUSTISON STREET**<br>**MAIL. STOP: 635**<br>**Wilmington, DE 19801-5148** | | | | Representing:<br>**US BANK** | | | | **Notice Only** |

Sheet no.  __6__  of  __8___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | Subtotal<br>(Total of this page) | **31,788.97** |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re   **LAWRENCE AUGUSTUS GRIHALVA**                           ,          Case No.   **11-26893-BAM**
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **US BANK/RETAIL PAYMENT SOLUTIONS ATTN:MANAGING AGENT P.O.BOX 5229 Cincinnati, OH 45201** | | | Representing: US BANK | | | | Notice Only |
| Account No. **xxxx-xxxx-xxxx-0874** **US BANK ATTN:MANAGING AGENT P.O.BOX 108 Saint Louis, MO 63166-9801** | | - | 2007-2011 CREDIT CARD | | | | 8,146.10 |
| Account No. **US BANK/RETAIL PAYMENT SOLUTIONS ATTN:MANAGING AGENT P.O.BOX 5229 Cincinnati, OH 45201** | | | Representing: US BANK | | | | Notice Only |
| Account No. **xxxx-xxxx-xxxx-0073** **US BANK ATTN:MANAGING AGENT P.O.BOX 108 Saint Louis, MO 63166-9801** | | - | 2007-2011 CREDIT CARD | | | | 27,889.00 |
| Account No. **US BANK/RETAIL PAYMENT SOLUTIONS ATTN:MANAGING AGENT P.O.BOX 5229 Cincinnati, OH 45201** | | | Representing: US BANK | | | | Notice Only |

Sheet no. __7__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    36,035.10

B6F (Official Form 6F) (12/07) - Cont.

In re    **LAWRENCE AUGUSTUS GRIHALVA**                                     ,          Case No.    **11-26893-BAM**
                                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-5073** | | | **2007-2011 CREDIT CARD** | | | | |
| **USAA FEDERAL SAVINGS BANK ATTN:MANAGING AGENT 9800 FREDERICKSBURG RD. San Antonio, TX 78288-0001** | - | | | | | | **25,014.23** |
| Account No. | | | | | | | |
| **UNITED RECOVERY SYSTEMS ATTN:MANAGING AGENT 5800 NORTH COURSE DR. Houston, TX 77072** | | | **Representing: USAA FEDERAL SAVINGS BANK** | | | | **Notice Only** |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __**8**___ of __**8**___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | **25,014.23** |
| | Total (Report on Summary of Schedules) | **195,273.64** |

B6G (Official Form 6G) (12/07)

.

In re   **LAWRENCE AUGUSTUS GRIHALVA** _____,   Case No. ___**11-26893-BAM**_____
                                         Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|

**0** continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

B6H (Official Form 6H) (12/07)

.

In re    **LAWRENCE AUGUSTUS GRIHALVA**              ,     Case No.    **11-26893-BAM**

                                Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6I (Official Form 6I) (12/07)

In re    **LAWRENCE AUGUSTUS GRIHALVA**                    Case No.    **11-26893-BAM**
                                    Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Separated** | RELATIONSHIP(S):<br>**GIRLFRIEND**<br>**Son** | AGE(S):<br>-<br>**27** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **PILOT** | |
| Name of Employer | **GENERAL PLASTICS DBA GP AEROSPACE** | |
| How long employed | **10 YRS** | |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | **0.00** | $ | **N/A** |
| 2. Estimate monthly overtime | $ | **0.00** | $ | **N/A** |
| 3. SUBTOTAL | $ | **0.00** | $ | **N/A** |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|    a. Payroll taxes and social security | $ | **0.00** | $ | **N/A** |
|    b. Insurance | $ | **0.00** | $ | **N/A** |
|    c. Union dues | $ | **0.00** | $ | **N/A** |
|    d. Other (Specify): | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **0.00** | $ | **N/A** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **0.00** | $ | **N/A** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **6,000.00** | $ | **N/A** |
| 8. Income from real property | $ | **0.00** | $ | **N/A** |
| 9. Interest and dividends | $ | **0.00** | $ | **N/A** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **0.00** | $ | **N/A** |
| 11. Social security or government assistance<br>(Specify):    **SOCIAL SECURITY** | $ | **1,706.70** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| 12. Pension or retirement income | $ | **4,177.55** | $ | **N/A** |
| 13. Other monthly income<br>(Specify): | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **11,884.25** | $ | **N/A** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **11,884.25** | $ | **N/A** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | | **11,884.25** |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**MR. GRIHALVA IS 70 YRS. OLD AND UNDER GOING MEDICAL TREATMENT . MR GRIHALVA WORKS ON AS NEEDED BASIS HIRED AS A PILOT BY PRIVATE PARTIES. MR. GRIHALVA SEEKS TO KEEP BOTH HOMES AND WORK OUT LOAN MODIFICATIONS.MORTGAGE AMOUNTS ARE ESTIMATED PAYMENTS.**

B6J (Official Form 6J) (12/07)

In re **LAWRENCE AUGUSTUS GRIHALVA**      Case No.   **11-26893-BAM**

                    Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

     Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ 2,500.00 |
| a. Are real estate taxes included?   Yes **X**   No ___ | | |
| b. Is property insurance included?   Yes **X**   No ___ | | |
| 2. Utilities:   a. Electricity and heating fuel | | $ 310.00 |
|            b. Water and sewer | | $ 270.00 |
|            c. Telephone | | $ 30.00 |
|            d. Other   **GAS** | | $ 90.00 |
| 3. Home maintenance (repairs and upkeep) | | $ 250.00 |
| 4. Food | | $ 695.00 |
| 5. Clothing | | $ 200.00 |
| 6. Laundry and dry cleaning | | $ 45.00 |
| 7. Medical and dental expenses | | $ 50.00 |
| 8. Transportation (not including car payments) | | $ 200.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 100.00 |
| 10. Charitable contributions | | $ 280.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|            a. Homeowner's or renter's | | $ 0.00 |
|            b. Life | | $ 85.00 |
|            c. Health | | $ 0.00 |
|            d. Auto | | $ 311.00 |
|            e. Other | | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|            (Specify)   **IRS** | | $ 500.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|            a. Auto | | $ 644.00 |
|            b. Other   **See Detailed Expense Attachment** | | $ 3,047.50 |
| 14. Alimony, maintenance, and support paid to others | | $ 1,500.00 |
| 15. Payments for support of additional dependents not living at your home | | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 0.00 |
| 17. Other | | $ 0.00 |
|      Other | | $ 0.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | $ 11,107.50 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

| | | |
|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
| a.   Average monthly income from Line 15 of Schedule I | | $ 11,884.25 |
| b.   Average monthly expenses from Line 18 above | | $ 11,107.50 |
| c.   Monthly net income (a. minus b.) | | $ 776.75 |

**B6J (Official Form 6J) (12/07)**

In re   **LAWRENCE AUGUSTUS GRIHALVA**                                    Case No.   **11-26893-BAM**
                                                    Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Installment Payments:**

| | | |
|---|---|---:|
| SECOND MORTGAGE | $ | 1,200.00 |
| CONDO | $ | 1,500.00 |
| HOA | $ | 347.50 |
| **Total Other Installment Payments** | $ | **3,047.50** |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Nevada

In re **LAWRENCE AUGUSTUS GRIHALVA**                                          Case No.    **11-26893-BAM**
                                         Debtor(s)                              Chapter    **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

      I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __26__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **November 10, 2011**                    Signature    **/s/ LAWRENCE AUGUSTUS GRIHALVA**

                                                           **LAWRENCE AUGUSTUS GRIHALVA**
                                                           Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.