B8 (Form 8) (12/08)

# United States Bankruptcy Court
## District of Nevada

In re  **LAWRENCE AUGUSTUS GRIHALVA**                     Case No.  **11-26893-BAM**
　　　　　　　　　　　　　　　　Debtor(s)                    Chapter   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

---

Property No. 1

| Creditor's Name: | Describe Property Securing Debt: |
|---|---|
| AURORA LOAN SERVICES | HOME- 3222 E. VIKING RD., Las Vegas NV 89121-(1ST MORTGAGE) |

Property will be (check one):
　☐ Surrendered　　　　　　　　　■ Retained

If retaining the property, I intend to (check at least one):
　■ Redeem the property
　☐ Reaffirm the debt
　☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
　■ Claimed as Exempt　　　　　　　☐ Not claimed as exempt

---

Property No. 2

| Creditor's Name: | Describe Property Securing Debt: |
|---|---|
| HOMECOMING FINANCIAL | HOME- 3222 E. VIKING RD., Las Vegas NV 89121-(2ND MORTGAGE) |

Property will be (check one):
　☐ Surrendered　　　　　　　　　■ Retained

If retaining the property, I intend to (check at least one):
　■ Redeem the property
　☐ Reaffirm the debt
　☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
　☐ Claimed as Exempt　　　　　　　■ Not claimed as exempt

---

B8 (Form 8) (12/08)                                                             Page 2

**Property No. 3**

| **Creditor's Name:** <br> **SELECT PORTFOLIO SERVICING** | **Describe Property Securing Debt:** <br> **CONDO-56 E. SERENE AVE. #120 LAS VEGAS, NV 89123** |
|---|---|

Property will be (check one):
  ☐ Surrendered                      ■ Retained

If retaining the property, I intend to (check at least one):
  ■ Redeem the property
  ☐ Reaffirm the debt
  ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ☐ Claimed as Exempt                  ■ Not claimed as exempt

**Property No. 4**

| **Creditor's Name:** <br> **USAA FEDERAL SAVINGS BANK** | **Describe Property Securing Debt:** <br> **2005 CADILLAC DEVILLE** |
|---|---|

Property will be (check one):
  ☐ Surrendered                      ■ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ■ Reaffirm the debt
  ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ☐ Claimed as Exempt                  ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

**Property No. 1**

| **Lessor's Name:** <br> **-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2): <br> ☐ YES      ☐ NO |
|---|---|---|

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date   **November 10, 2011**          Signature   **/s/ LAWRENCE AUGUSTUS GRIHALVA**
                                                                                   **LAWRENCE AUGUSTUS GRIHALVA**
                                                                                    Debtor