_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

**Entered on Docket**
**January 26, 2012**

Kristin A. Schuler-Hintz, Esq., Nevada SBN 7171
Sherry A. Moore, Esq., Nevada SBN 11215
**McCarthy & Holthus, LLP**
9510 West Sahara Avenue, Suite 110
Las Vegas, NV 89117
NVBK@McCarthyHolthus.com
Phone (702) 685-0329
Fax (866) 339-5691
NVBK@McCarthyHolthus.com

Attorney for: Secured Creditor, The Bank of New York Mellon, f/k/a The Bank of New York, as trustee, on behalf of the holders of the Alternative Loan Trust 2007-HY2 Mortgage Pass-Through Certificates, Series 2007-HY2, its assignees and/or successors and the servicing agent Select Portfolio Servicing, Inc.

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: | ) Case No.: 11-26893-mkn |
| | ) |
| Lawrence Augustus Grihalva, | ) Chapter 7 |
| | ) |
| Debtor. | ) DATE: 01/18/12 |
| | ) TIME: 1:30 pm |
| | ) |
| | ) **ORDER CONFIRMING NO AUTOMATIC** |
| | ) **STAY IN EFFECT** |
| | ) |

     The Motion Confirming No Automatic Stay in Effect or in the Alternative Motion for Relief from Automatic Stay as to the Chapter 7 Trustee came on regularly for hearing at the date and time set forth above before the United States Bankruptcy Court. Upon review of the Motion and supporting evidence, and good cause appearing, the Court rules as follows:

*Rev. 12.09*      M&H File No. NV-11-63834
11-26893-mkn

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that pursuant to 11 U.S.C. §§ 362(c)(3) and 362(j), and <u>In re Reswick 2011</u>, Bankr. LEXIS 873 (B.A.P. 9th Cir. February 4, 2011), the automatic stay provisions of 11 U.S.C. § 362 terminated by operation of law on 11/26/2011 with respect to the interests of Movant as to both the Debtor and estate in the real property commonly known as 56 East Serene Avenue, Unit 3-120, Las Vegas, Nevada 89123.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the 14-day stay described by Bankruptcy Rule 4001(a)(3) be waived.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Movant may proceed with post-foreclosure remedies, including any unlawful detainer action, in compliance with applicable law.

IT IS SO ORDERED.

Submitted by:
McCarthy & Holthus, LLP

/s/ Sherry A. Moore
Sherry A. Moore, Esq.
Kristin A. Schuler-Hintz, Esq.
9510 West Sahara Avenue, Suite 110
Las Vegas, NV 89117
702-685-0329

Approved/Disapproved

Served on 1/19/12 – no response received
Christopher Patrick Burke, Esq.
218 S Maryland Pky.
Las Vegas, NV 89101
(702) 385-7987

Approved/Disapproved

No appearance at hearing: no additional service required
William A Leonard
6625 S. Valley View #224
Las Vegas, NV 89118

ALTERNATIVE METHOD re: RULE 9021:

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐ The court has waived the requirement set forth in LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing: Christopher Patrick Burke - served on 1/19/12 – no response received

Unrepresented parties appearing: None

Trustee: No Appearance at Hearing; No additional Service required.

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

Submitted by:
McCarthy & Holthus, LLP

/s/ Sherry A. Moore
Sherry A. Moore, Esq.
Kristin A. Schuler-Hintz, Esq.

### 

*Rev. 12.09*                                   M&H File No. NV-11-63834
                                                              11-26893-mkn