_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

**Entered on Docket**
**February 07, 2012**

___

Kristin A. Schuler-Hintz, Esq., Nevada SBN 7171
Sherry A. Moore, Esq., Nevada SBN 11215
**McCarthy & Holthus, LLP**
9510 West Sahara Avenue, Suite 110
Las Vegas, NV 89117
Phone (702) 685-0329
Fax (866) 339-5691
NVBK@McCarthyHolthus.com

Attorney for: Aurora Loan Services LLC, its assignees and/or successors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: | ) Case No.: 11-26893-mkn |
| | ) |
| Lawrence Augustus Grihalva, | ) Chapter 7 |
| | ) |
| Debtor. | ) DATE: 01/25/12 |
| | ) TIME:   1:30 pm |
| | ) |
| | ) **ORDER TERMINATING AUTOMATIC** |
| | ) **STAY AS TO THE CHAPTER 7** |
| | ) **TRUSTEE** |
| | ) |

    The Motion Confirming No Automatic Stay in Effect or in the Alternative Motion for Relief from Automatic Stay as to the Chapter 7 Trustee came on regularly for hearing at the date and time set forth above before the United States Bankruptcy Court.  Upon review of the Motion and supporting evidence, and good cause appearing, the Court rules as follows:

*Rev. 12.09*       M&H File No. NV-11-64025
11-26893-mkn

1  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay provisions of 11 U.S.C. §362 be and are hereby terminated as to the Trustee with respect to the interests of Movant in the real property commonly known as 3222 East Viking Road, Las Vegas, NV 89121.

IT IS FURTHER ORDERED that Movant may proceed with post-foreclosure remedies, including any unlawful detainer action, in compliance with applicable law.

IT IS SO ORDERED.

Submitted by:
McCarthy & Holthus, LLP

*/s/Sherry A. Moore*_____
Sherry A. Moore, Esq.
9510 West Sahara Avenue, Suite 110
Las Vegas, NV 89117
702-685-0329

Approved/Disapproved

*Emailed 01/27/12-no response received*
Christopher Patrick Burke, Esq.
702 Plumas Street
Reno, NV 89509
(775)333-9277

Approved/Disapproved

*Emailed 01/27/12-no response received*
William A Leonard
6625 S. Valley View #224
Las Vegas, NV 89118

ALTERNATIVE METHOD re: RULE 9021:

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐ The court has waived the requirement set forth in LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing: Christopher Patrick Burke - Emailed 01/27/12-no response received

Unrepresented parties appearing: None

Trustee: No Appearance at Hearing; No additional Service required.

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

Submitted by:
McCarthy & Holthus, LLP

/s/ Sherry A. Moore
Sherry A. Moore, Esq.

### 

*Rev. 12.09*                                                                                      M&H File No. NV-11-64025
                                                                                                         11-26893-mkn