Kristin A. Schuler-Hintz, Esq. SBN 7171
Sherry A. Moore, Esq. SBN 11215
**McCarthy & Holthus, LLP**
9510 West Sahara Avenue, Suite 110
Las Vegas, NV  89117
Phone (877) 369-6122
Fax (866) 339-5691
NVBK@McCarthyHolthus.com

E-filed: 2/21/2012

Attorney for: Aurora Loan Services LLC, its assignees and/or successors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: | ) Case No. 11-26893-mkn |
| | ) |
| | ) Chapter : 7 |
| | ) |
| Lawrence Augustus Grihalva, | ) **NOTICE OF ENTRY OF ORDER** |
| | ) **TERMINATING AUTOMATIC STAY AS** |
| | ) **TO THE CHAPTER 7 TRUSTEE** |
| Debtor. | ) |
| | ) |
| | ) HEARING |
| | ) Date:  01/25/12 |
| | ) Time:  1:30 pm |
| | ) |
| | ) |
| _____ | ) |

TO ALL PARTIES IN INTEREST ON THE ATTACHED SERVICE LIST:

You are hereby notified, pursuant to Local Bankruptcy Rule 9022, that an ORDER
TERMINATING AUTOMATIC STAY AS TO THE CHAPTER 7 TRUSTEE was entered on
__2/7/2012____.

On 2/21/2012, I served the foregoing documents as NOTICE OF ENTRY OF ORDER
TERMINATING AUTOMATIC STAY AS TO THE CHAPTER 7 TRUSTEE on the following
individuals by electronic means through the Court's ECF program
COUNSEL FOR DEBTOR
Christopher Patrick Burke
atty@cburke.lvcoxmail.com

1

TRUSTEE
William A. Leonard
Biff7tte@mindspring.com; ca46@ecfcbis.com

COUNSEL FOR CREDITOR USAA FEDERAL SAVINGS BANK
James E. Shively
nevadabk@poliball.com

U.S. TRUSTEE – LV – 7
USTPRegion17.LV.ECF@usdoj.gov

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

/s/Raul Puiu
_____
Raul Puiu

On 2/21/2012, I served the foregoing documents described as NOTICE OF ENTRY OF ORDER TERMINATING AUTOMATIC STAY AS TO THE CHAPTER 7 TRUSTEE on the following individuals by depositing true copies thereof in the United States mail at San Diego, CA, enclosed in a sealed envelope, with postage paid, addressed as follows:

DEBTOR
Lawrence Augustus Grihalva
3222 E. Viking Rd.
Las Vegas, NV 89121

SPECIAL NOTICE
American Express Centurion Bank
Becket & Lee LLP
Attn: Gilbert B. Weisman
POB 3001
Malvern, PA 19355-0701

eCAST Settlement Corporation
Becket & Lee LLP
Attn: Gilbert B. Weisman
POB 3001
Malvern, PA 19355-0701

Aurora Loan Services
Attn: Managing Agent
10350 Park Meadows Drive
Littleton, CO 80124

File No. NV-11-64025
Notice of Entry of Order , Case No. 11-26893-mkn

1

2   Homecoming Financial
    Attn: Managing Agent
3   P.O. Box 205
    Waterloo, IA 50704-0205
4

5       **I declare under penalty of perjury under the laws of the United States of America
    that the foregoing is true and correct**

6

7   2/21/2012                                    /s/David Fry

8                                                    David Fry

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29

File No. NV-11-64025
Notice of Entry of Order , Case No. 11-26893-mkn