Q

Lawrence Grihalva
3222 East Viking Road
Las Vegas, NV 89121


IN THE EIGHTH JUDICIAL DISTRICT COURT FOR THE STATE OF NEVADA
IN AND FOR THE County of CLARK

| | |
|---|---|
| Nationstar Mortgage LLC )<br>)<br>Plaintiff )<br>)<br>v )<br>)<br>Lawrence Grihalva, Valerie Grihalva, )<br>Joan Z. Grihalva, Mortgage Electronic )<br>)<br>Registration Systems, Inc., Home )<br>Loan Center, Inc dba Lending Tree )<br>Loans, Department of the Treasury - )<br>Internal Revenue Service, Does 1-X )<br>and Roes 1-10 inclusive, )<br>)<br>Defendants ) | Case No. A-13-684232-C<br><br>Dept No.  XIX<br><br>Notice of Motion and Defendant's<br><br>Motion to Quash Summons for Want<br>of Subject Matter Jurisdiction |

Comes now defendant Lawrence Grihalva by special appearance for the sole purpose of requesting that this honorable court quash the Summons served on defendant on or around June 28, 2013 for want of subject matter jurisdiction and as grounds therefore states:

Defendant filed a Chapter 7 bankruptcy petition in the U.S. Bankruptcy Court at Las Vegas in 2011, case no. 11-26893. The Bankruptcy Court issued the defendant's Discharge, attached, on February 3, 2012 and distributed the Discharge to interested parties as demonstrated in the Certificate of Notice thereto, as attached hereto. The Plaintiff's counsel and law firm were active in that bankruptcy and its predecessor, and further, Plaintiff has been given Notice of the Discharge, as well.

Page 1

Ex.'C'

Q

The instant complaint makes money demands for obligations, if any, which were discharged in the Defendant's bankruptcy and for which there is no available relief by this court, to wit:
Complaint p.1:21, p.3:13-18, p.3:23-25, p.3:28, p.4:1-2, P.4:11-19, p.5:7-10.

WHEREFORE, because the requested relief is not available and therefore the Court lacks subject matter jurisdiction, Defendant moves the Court to Quash the Summons to the Defendant - and all other defendants as allowed by law without prejudice to Defendant's special appearance.

Respectfully submitted

_Lawrence Grihalva_ (signature)     17 July 2013

Lawrence Grihalva

See next page for certificate of service

cos

## CERTIFICATE OF SERVICE MOTION TO QUASH SUMMONS

I _Deborah Schuff_, certify that I am and at all times during the service of process was not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this notice and a copy of the motion were made on _July 17_, 2013

by Mail Service:
Regular first class U.S. mail, postage fully prepaid, addressed to:

Attorney Kristen Schuler-Hintz
McCarthy & Holthus
9510 West Sahara #200
Las Vegas, NV 89117

Attorney Janice Jacovino
McCarthy & Holthus
9510 West Sahara #200
Las Vegas, NV 89117

Dept of Treasury
Internal Rev Service
333 Las Vegas Blvd #5000
attn: Sue Knight or Counsel
Las Vegas, NV 89101

Home Loan Cntr dba
Lending Tree Loans
C/o National Registered Agents
311 So. Division Street
Carson City, NV 89703

Mortgage Electronics Reg
  Systems, Inc.
attn: Brian Blake, Counsel
1818 Library St #300
Reston, VA 20190

Under penalty of perjury, I declare the foregoing is true and accurate and that this declaration was executed, subscribed, and sworn before me _Deborah Schuff_ this _17_ day of _July_, 2013.

_Deborah Schuff_

DEBORAH SCHUFF
Notary Public, State of Nevada
Appointment No. 99-50741-1
My Appt. Expires Oct 13, 2014

Page 1