Lars K. Evensen
Nevada Bar No. 8061
Joseph G. Went
Nevada Bar No. 9220
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV  89134
Phone: (702) 669-4631
Fax: (702) 669-4650
levensen@hollandhart.com
jgwent@hollandhart.com

*Attorneys for Creditor Select Portfolio Servicing, Inc.*

# THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>LAWRENCE AUGUSTUS GRIHALVA,<br><br>Debtor. | CASE NO.:  BK-S-11-26893-MKN<br>CHAPTER: 7<br><br>**STIPULATION TO CONTINUE BRIEFING SCHEDULE**<br><br>**Hearing Date: January 28, 2015**<br>**Hearing Time: 2:30 p.m.** |

SELECT PORTFOLIO SERVICING, INC., by and through its counsel of the law firm Holland & Hart LLP, and the DEBTOR LAWRENCE AUGUST GRIHALVA, by and through his counsel Christopher P. Burke, Esq.,

HEREBY STIPULATE THAT 'GOOD CAUSE' EXISTS to continue the response deadlines concerning this matter before this Court, as requested below.

THEREFORE, IT IS STIPULATED TO MOVE THIS COURT TO SET:

1. Any Opposition to the Debtor's *Motion to Reopen Chapter 7 Case and to Hold Select Portfolio Servicing, Inc. in Contempt for Violating the Discharge Injunction Under 11 U.S.C. §524(a)(2) and for Sanction and Attorney Fees* [Dkt #84] ("Sanction Motion") must be filed on or before **January 12, 2015**;

2. Any Reply to an Opposition to the Sanction Motion must be filed on or before **January 21, 2015**; and

1

IT IS FINALLY STIPULATED the proposed Order attached hereto as **Exhibit "1"** accurately reflects the stipulation of the parties.

IT IS SO STIPULATED.

| | |
|---|---|
| HOLLAND & HART LLP | LAW OFFICE OF CHRISTOPHER P. BURKE |
| */s/ Lars K. Evensen* | */s/ Christopher P. Burke* |
| Lars K. Evensen<br>Nevada Bar No. 8061<br>Joseph G. Went<br>Nevada Bar No. 9220<br>9555 Hillwood Drive, 2nd Floor<br>Las Vegas, NV 89134 | Christopher P. Burke<br>Nevada Bar No. 4093<br>218 S. Maryland Pkwy.<br>Las Vegas, NV 89101 |
| *Attorneys for Creditor Select Portfolio Servicing, Inc.* | *Attorneys for Debtor* |

# Exhibit 1

# Exhibit 1

Lars K. Evensen
Nevada Bar No. 8061
Joseph G. Went
Nevada Bar No. 9220
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV  89134
Phone: (702) 669-4631
Fax: (702) 669-4650
levensen@hollandhart.com
jgwent@hollandhart.com

*Attorneys for Creditor Select Portfolio Servicing, Inc.*

# THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>LAWRENCE AUGUSTUS GRIHALVA,<br><br>Debtor. | CASE NO.:  BK-S-11-26893-MKN<br>CHAPTER: 7<br><br>**ORDER GRANTING STIPULATION TO CONTINUE BRIEFING SCHEDULE**<br><br>Hearing Date: January 28, 2015<br>Hearing Time: 2:30 p.m. |

THIS COURT, having considered the *Stipulation to Continue Briefing Schedule* between SELECT PORTFOLIO SERVICING, INC., and the DEBTOR LAWRENCE AUGUST GRIHALVA, regarding Debtor's *Motion to Reopen Chapter 7 Case and to Hold Select Portfolio Servicing, Inc. in Contempt for Violating the Discharge Injunction Under 11 U.S.C. §524(a)(2) and for Sanction and Attorney Fees* [Dkt #84] ("Sanction Motion"), hereby orders the following:

IT IS HEREBY ORDERED the Stipulation is GRANTED.

IT IS FURTHER ORDERED any Opposition to the Debtor's *Motion to Reopen Chapter 7 Case and to Hold Select Portfolio Servicing, Inc. in Contempt for Violating the Discharge*

1

*Injunction Under 11 U.S.C. §524(a)(2) and for Sanction and Attorney Fees* [Dkt #84] ("Sanction Motion") must be filed on or before **January 12, 2015.**

IT IS FURTHER ORDERED any Reply to an Opposition to the Sanction Motion must be filed on or before **January 21, 2015.**

IT IS SO ORDERED.

*###*

Respectfully submitted by:

HOLLAND & HART LLP

*/s/ Lars K. Evensen*
_____
Lars K. Evensen
Nevada Bar No. 8061
Joseph G. Went
Nevada Bar No. 9220
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV  89134

*Attorneys for Creditor Select Portfolio Servicing, Inc.*

2