_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge



Entered on Docket
January 13, 2015

_____

Lars K. Evensen
Nevada Bar No. 8061
Joseph G. Went
Nevada Bar No. 9220
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV  89134
Phone: (702) 669-4631
Fax: (702) 669-4650
levensen@hollandhart.com
jgwent@hollandhart.com

*Attorneys for Creditor Select Portfolio Servicing, Inc.*

### THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>LAWRENCE AUGUSTUS GRIHALVA,<br><br>Debtor. | **CASE NO.:  BK-S-11-26893-MKN**<br>**CHAPTER: 7**<br><br>**ORDER GRANTING STIPULATION TO CONTINUE BRIEFING SCHEDULE**<br><br>**Hearing Date: January 28, 2015**<br>**Hearing Time: 2:30 p.m.** |

THIS COURT, having considered the *Stipulation to Continue Briefing Schedule* between SELECT PORTFOLIO SERVICING, INC., and the DEBTOR LAWRENCE AUGUST GRIHALVA, regarding Debtor's *Motion to Reopen Chapter 7 Case and to Hold Select Portfolio Servicing, Inc. in Contempt for Violating the Discharge Injunction Under 11 U.S.C. §524(a)(2) and for Sanction and Attorney Fees* [Dkt #84] ("Sanction Motion"), hereby orders the following:

IT IS HEREBY ORDERED the Stipulation is GRANTED.

IT IS FURTHER ORDERED any Opposition to the Debtor's *Motion to Reopen Chapter 7 Case and to Hold Select Portfolio Servicing, Inc. in Contempt for Violating the Discharge*

1

*Injunction Under 11 U.S.C. §524(a)(2) and for Sanction and Attorney Fees* [Dkt #84] ("Sanction Motion") must be filed on or before **January 12, 2015.**

IT IS FURTHER ORDERED any Reply to an Opposition to the Sanction Motion must be filed on or before **January 21, 2015.**

IT IS SO ORDERED.

*###*

Respectfully submitted by:

HOLLAND & HART LLP

*/s/ Lars K. Evensen*
_____
Lars K. Evensen
Nevada Bar No. 8061
Joseph G. Went
Nevada Bar No. 9220
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV  89134

*Attorneys for Creditor Select Portfolio Servicing, Inc.*

2