Lars K. Evensen
Nevada Bar No. 8061
Joseph G. Went
Nevada Bar No. 9220
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: (702) 669-4631
Fax: (702) 669-4650
levensen@hollandhart.com
jgwent@hollandhart.com

*Attorneys for Creditor Select Portfolio Servicing, Inc.*

**THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

IN RE:

LAWRENCE AUGUSTUS GRIHALVA,

Debtor.

CASE NO.: BK-S-11-26893-MKN
CHAPTER: 7

**NOTICE OF ENTRY OF ORDER GRANTING STIPULATION TO CONTINUE BRIEFING SCHEDULE**

PLEASE TAKE NOTICE that on the 13th day of January, 2015, an *Order Granting Stipulation to Continue Briefing Schedule* [Dkt #97] was entered in the above-captioned case, a copy of which is attached hereto.

DATED this 14th day of January, 2015

HOLLAND & HART LLP

*/s/ Lars K. Evensen*

Lars K. Evensen
Nevada Bar No. 8061
Joseph G. Went
Nevada Bar No. 9220
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

*Attorneys for Creditor Select Portfolio Servicing, Inc.*

HOLLAND & HART LLP
9555 Hillwood Drive, 2nd FloorLas Vegas, NV 89134

HOLLAND & HART LLP
9555 Hillwood Drive, 2nd FloorLas Vegas, NV 89134

**CERTIFICATE OF SERVICE**

1. On the 14th day of January, 2015 I served the following document(s) *(specify):*

**NOTICE OF ENTRY OF ORDER GRANTING STIPULATION TO CONTINUE BRIEFING SCHEDULE**

2. I served the above-named document(s) by the following means to the persons as listed below*:* ***(Check all that apply)***

☒ **a. ECF System *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)***

| | | |
|---|---|---|
| **AMERICAN EXPRESS CENTURION BANK**<br>C/O GILBERT B. WEISMAN<br>BECKET AND LEE, LLP<br>POB 3001<br>MALVERN, PA 19355-0701<br>*Added: 10/31/2011*<br>*(Creditor)* | represented by | **GILBERT BERNATT WEISMAN**<br>BECKET & LEE LLP<br>16 GENERAL WARREN BLVD.<br>P.O. BOX 3001<br>MALVERN, PA 19355<br>(610) 644-7800<br>(610) 933-8494 (fax)<br>notices@becket-lee.com<br>*Assigned: 05/10/12*<br>*LEAD ATTORNEY* |
| **Aurora Loan Services, LLC, its assignees and/or successors**<br>*Added: 11/17/2011*<br>*(Creditor)* | represented by | **SHERRY A. MOORE**<br>MCCARTHY & HOLTHUS, LLP<br>9510 WEST SAHARA AVENUE, STE 200<br>LAS VEGAS, NV 89117<br>(702) 685-0329<br>(866) 339-5961 (fax)<br>BKNOTICE@MCCARTHYHOLTHUS.COM<br>*Assigned: 11/17/11* |
| **ECAST SETTLEMENT CORPORATION**<br>POB 35480<br>NEWARK, NJ 07193-5480<br>*Added: 10/31/2011*<br>*(Creditor)* | represented by | **GILBERT BERNATT WEISMAN**<br>BECKET & LEE LLP<br>16 GENERAL WARREN BLVD.<br>P.O. BOX 3001<br>MALVERN, PA 19355<br>(610) 644-7800<br>(610) 933-8494 (fax)<br>notices@becket-lee.com<br>*Assigned: 05/10/12*<br>*LEAD ATTORNEY* |
| **LAWRENCE AUGUSTUS GRIHALVA**<br>3222 E. VIKING RD.<br>LAS VEGAS, NV 89121<br>SSN / ITIN: xxx-xx-0503<br>*Added: 10/27/2011*<br>*(Debtor)* | represented by | **CHRISTOPHER PATRICK BURKE**<br>218 S MARYLAND PKY.<br>LAS VEGAS, NV 89101<br>(702) 385-7987<br>atty@cburke.lvcoxmail.com<br>*Assigned: 10/27/11* |
| **WILLIAM A LEONARD**<br>6625 S. VALLEY VIEW #224<br>LAS VEGAS, NV 89118<br>(702) 262-9322<br>biff7tte@mindspring.com<br>*Added: 10/27/2011*<br>*(Trustee)* | | |
| **NATIONSTAR MORTGAGE, LLC, ITS ASSIGNEES AND/OR SUCCESSORS** | represented by | **SHERRY A. MOORE**<br>MCCARTHY & HOLTHUS, LLP |

HOLLAND & HART LLP
9555 Hillwood Drive, 2nd FloorLas Vegas, NV 89134

| Party | | Representation |
|---|---|---|
| c/o McCarthy & Holthus, LLP<br>9510 West Sahara Avenue, Suite 110<br>Las Vegas, NV 89117<br>*Added: 08/14/2013*<br>*(Creditor)* | | 9510 WEST SAHARA AVENUE, STE 200<br>LAS VEGAS, NV 89117<br>(702) 685-0329<br>(866) 339-5961 (fax)<br>BKNOTICE@MCCARTHYHOLTHUS.COM<br>*Assigned: 08/14/13* |
| | | **ARIEL E. STERN**<br>AKERMAN LLP<br>1160 TOWN CENTER DRIVE, STE 330<br>LAS VEGAS, NV 89144<br>(702) 634-5000<br>(702) 380-8572 (fax)<br>ariel.stern@akerman.com<br>*Assigned: 08/19/13* |
| **THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE ALTERNATIVE LOAN TRUST 2007-HY2 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HY2, ITS ASSIGNEES**<br>*Added: 12/15/2011*<br>*(Creditor)* | represented by | **SHERRY A. MOORE**<br>MCCARTHY & HOLTHUS, LLP<br>9510 WEST SAHARA AVENUE, STE 200<br>LAS VEGAS, NV 89117<br>(702) 685-0329<br>(866) 339-5961 (fax)<br>BKNOTICE@MCCARTHYHOLTHUS.COM<br>*Assigned: 12/15/11* |
| **The Bank of New York Mellon, f/k/a The Bank of New York, as trustee, on behalf of the holders of the Alternative Loan Trust 2007-HY2 Mortgage Pass- Through Certificates, Series 2007-HY2, its assignees**<br>*Added: 11/17/2011*<br>*(Creditor)* | represented by | **SHERRY A. MOORE**<br>MCCARTHY & HOLTHUS, LLP<br>9510 WEST SAHARA AVENUE, STE 200<br>LAS VEGAS, NV 89117<br>(702) 685-0329<br>(866) 339-5961 (fax)<br>BKNOTICE@MCCARTHYHOLTHUS.COM<br>*Assigned: 11/17/11* |
| **U.S. TRUSTEE - LV - 7**<br>300 LAS VEGAS BOULEVARD, SO.<br>SUITE 4300<br>LAS VEGAS, NV 89101<br>USTPRegion17.LV.ECF@usdoj.gov<br>*Added: 10/27/2011*<br>*(U.S. Trustee)* | | |
| **USAA FEDERAL SAVINGS BANK**<br>C/O POLI & BALL PLC<br>2999 N 44TH ST, 2ND FLR<br>PHOENIX, AZ 85018<br>fern@poliball.com<br>*Added: 02/07/2012*<br>*(Creditor)* | represented by | **JAMES E. SHIVELY**<br>POLI & BALL, P.L.C.<br>3311 SOUTH RAINBOW BLVD. #215<br>LAS VEGAS, NV 89146<br>(702) 380-8095<br>(702) 380-3001 (fax)<br>bkecf@poliball.com<br>*Assigned: 12/21/11* |

☐ **b.** **United States mail, postage fully prepaid** ***(List persons and addresses. Attach additional paper if necessary)***

☐ **c.** **Personal Service** ***(List persons and addresses. Attach additional paper if necessary)***

I personally delivered the document(s) to the persons at these addresses:

☐ For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the documents(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the documents(s) in a conspicuous place in the office.

☐ For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ **d. By direct email (as opposed to through the ECF System) *(List persons and email addresses. Attach additional paper if necessary)***

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the em ail add resses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **e. By fax transmission *(List persons and fax numbers. Attach additional paper if necessary)***

Based upon the written agreement of the p arties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used . A copy of the record of the fax transmission is attached.

☐ **f. By messenger *(List persons and addresses. Attach additional paper if necessary)***

☐ I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

*(A declaration by the messenger must be attached to this Certificate of Service).*

**I declare under penalty of perjury that the foregoing is true and correct.**

**DATED this 14th day of January, 2015**

***/s/ Alexis Stajkowski***

SIGNATURE OF DECLARANT

HOLLAND & HART LLP
9555 Hillwood Drive, 2nd FloorLas Vegas, NV 89134

Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
January 13, 2015

Lars K. Evensen
Nevada Bar No. 8061
Joseph G. Went
Nevada Bar No. 9220
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: (702) 669-4631
Fax: (702) 669-4650
levensen@hollandhart.com
jgwent@hollandhart.com

*Attorneys for Creditor Select Portfolio Servicing, Inc.*

HOLLAND & HART LLP
9555 Hillwood Drive, 2nd FloorLas Vegas, NV 89134

**THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

IN RE:

LAWRENCE AUGUSTUS GRIHALVA,

Debtor.

**CASE NO.: BK-S-11-26893-MKN**
**CHAPTER: 7**

**ORDER GRANTING STIPULATION TO CONTINUE BRIEFING SCHEDULE**

**Hearing Date: January 28, 2015**
**Hearing Time: 2:30 p.m.**

THIS COURT, having considered the *Stipulation to Continue Briefing Schedule* between SELECT PORTFOLIO SERVICING, INC., and the DEBTOR LAWRENCE AUGUST GRIHALVA, regarding Debtor's *Motion to Reopen Chapter 7 Case and to Hold Select Portfolio Servicing, Inc. in Contempt for Violating the Discharge Injunction Under 11 U.S.C. §524(a)(2) and for Sanction and Attorney Fees* [Dkt #84] ("Sanction Motion"), hereby orders the following:

IT IS HEREBY ORDERED the Stipulation is GRANTED.

IT IS FURTHER ORDERED any Opposition to the Debtor's *Motion to Reopen Chapter 7 Case and to Hold Select Portfolio Servicing, Inc. in Contempt for Violating the Discharge*

*Injunction Under 11 U.S.C. §524(a)(2) and for Sanction and Attorney Fees* [Dkt #84] ("Sanction Motion") must be filed on or before **January 12, 2015.**

IT IS FURTHER ORDERED any Reply to an Opposition to the Sanction Motion must be filed on or before **January 21, 2015.**

IT IS SO ORDERED.

###

Respectfully submitted by:

HOLLAND & HART LLP

*/s/ Lars K. Evensen*

Lars K. Evensen
Nevada Bar No. 8061
Joseph G. Went
Nevada Bar No. 9220
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

*Attorneys for Creditor Select Portfolio Servicing, Inc.*

HOLLAND & HART LLP
9555 Hillwood Drive, 2nd FloorLas Vegas, NV 89134