

_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
March 02, 2015

Lars K. Evensen
Nevada Bar No. 8061
Joseph G. Went
Nevada Bar No. 9220
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV  89134
Phone: (702) 669-4631
Fax: (702) 669-4650
levensen@hollandhart.com
jgwent@hollandhart.com

*Attorneys for Creditor Select Portfolio Servicing, Inc.*

## THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

IN RE:

LAWRENCE AUGUSTUS GRIHALVA,

    Debtor.

CASE NO.:  BK-S-11-26893-MKN
CHAPTER: 7

**ORDER
APPROVING SETTLEMENT**

Hearing Date: January 28, 2015
Hearing Time: 2:30 pm

    This Court called for hearing the matter of Debtor Lawrence A. Grihalva's Motion to Reopen Chapter 7 Case and to Hold Select Portfolio Servicing, Inc. in Contempt for Violating the Discharge Injunction under 11 U.S.C. §524(a)(2) and for Sanctions and Attorney Fees (the "Motion").  Select Portfolio Servicing, Inc. ("SPS") timely filed an Opposition to the Motion (the "Opposition") and the Debtor timely filed a Reply to SPS's Opposition.  All pleadings were properly served.

    Appearing on behalf of the Debtor was Christopher Burke, Esq.,  and appearing on behalf SPS was Lars Evensen, Esq. of the law firm Holland & Hart LLP.  Upon calling the matter,

1

HOLLAND & HART LLP
9555 Hillwood Drive, 2nd FloorLas Vegas, NV 89134

1  Counsel for the Debtor and SPS informed the Court they resolved the dispute.  Counsel then put

2  on the record of the Court the proposed settlement between the parties as follow:

3      1)  SPS, in consideration for the settlement of this dispute, shall pay $7,500 to the Debtor

4  Lawrence A. Grihalva (the "Settlement Funds").  SPS shall pay the Debtor within 15-days after

5  the entry of this Order, by tendering said funds to Debtor's Counsel Christopher Burke, Esq.

6      2) SPS's entry into this settlement and the payment of the Settlement Funds shall not be

7  construed or deemed as an admission of any form by SPS.

8      3) The Debtor Lawrence A. Grihalva, in consideration for the settlement of this dispute,

9  shall make all reasonable efforts to assist SPS in exercising its remedies in connection with a

10  certain property, which is located at the common address of 56 E. Serene Ave Unit 120, Las

11  Vegas, Nevada 89123 (the "Property").  The Debtor's assistance may include, but is not limited

12  to, vacating the Property – including any tenants - within 15-days of a written request provided

13  to Debtor's Counsel Christopher Burke, Esq., the execution of a deed in lieu of foreclosure,

14  stipulation to a judicial foreclosure on the Property, and/or not take any act or action to delay or

15  disrupt any non-judicial foreclosure upon the Property.

16      4) SPS and Debtor Lawrence A. Grihalva shall mutually and generally release each other,

17  their agents, counsel, and affiliates, from any claims or actions arising from or related to the

18  subject of the Motion entitled Reopen Chapter 7 Case and to Hold Select Portfolio Servicing,

19  Inc. in Contempt for Violating the Discharge Injunction under 11 U.S.C. §524(a)(2) and for

20  Sanctions and Attorney Fees, other than the obligations set forth herein.

21      5) This Court shall retain jurisdiction to resolve any dispute by and between the Debtor

22  and SPS regarding their settlement agreement.

23      **THIS COURT** having consider the proposed settlement by and between Debtor and SPS

24  and for good cause appearing,

25  ///

26

27

28

2

1        **HEREBY ORDERS** the Debtor and SPS to comply with the settlement terms set forth

2 above; and

3        **FURTHER ORDERS**, the remainder of this matter is moot; and

4        **FINALLY ORDERS** SPS to prepare this Order setting for the said settlement.

5        **IT IS SO ORDERED**.

6                                       ###

7

8 Prepared and submitted by:

9 HOLLAND & HART LLP

10

11 Lars K. Evensen
Nevada Bar No. 8061

12 Joseph G. Went
Nevada Bar No. 9220

13 9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

14

15 *Attorneys for Creditor Select Portfolio Servicing, Inc.*

16

17

18

19

20

21

22

23

24

25

26

27

28

**HOLLAND & HART LLP**
9555 Hillwood Drive, 2nd FloorLas Vegas, NV 89134

3

**CERTIFICATION OF COUNSEL re: RULE 9021:**

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____    The court has waived the requirement set forth in LR 9021(b)(1).

_____    No party appeared at the hearing or filed an objection to the motion.

XX    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

_____    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.


# # #

| ATTORNEY | APPROVED | DISAPPROVED | NO RESPONSE |
|---|---|---|---|
| Christopher Burke, Esq. | XX | | |
| | | | |

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

*/s/ Lars Evensen*

Lars K. Evensen, Esq.  8061

7483501_2

HOLLAND & HART LLP
9555 Hillwood Drive, 2nd FloorLas Vegas, NV  89134

4