Lars K. Evensen
Nevada Bar No. 8061
Joseph G. Went
Nevada Bar No. 9220
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: (702) 669-4631
Fax: (702) 669-4650
levensen@hollandhart.com
jgwent@hollandhart.com

*Attorneys for Creditor Select Portfolio Servicing, Inc.*

**THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE:<br><br>LAWRENCE AUGUSTUS GRIHALVA,<br><br>Debtor. | CASE NO.: BK-S-11-26893-MKN<br>CHAPTER: 7<br><br>**NOTICE OF ENTRY OF ORDER APPROVING SETTLEMENT** |

PLEASE TAKE NOTICE that on the 2nd day of March, 2015, an *Order Approving Settlement* was entered in the above-captioned case, a copy of which is attached hereto.

DATED this 17th day of March, 2015

HOLLAND & HART LLP

*/s/ Lars K. Evensen*

Lars K. Evensen
Nevada Bar No. 8061
Joseph G. Went
Nevada Bar No. 9220
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

*Attorneys for Creditor Select Portfolio Servicing, Inc.*

# CERTIFICATE OF SERVICE

1. On the 17th day of March, 2015 I served the following document(s) *(specify):*

**NOTICE OF ENTRY OF ORDER APPROVING SETTLEMENT**

2. I served the above-named document(s) by the following means to the persons as listed below*: (Check all that apply)*

☒ **a. ECF System** *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)*

CHRISTOPHER PATRICK BURKE on behalf of Debtor LAWRENCE AUGUSTUS GRIHALVA
atty@cburke.lvcoxmail.com

LARS EVENSEN on behalf of Creditor SELECT PORTFOLIO SERVICING, INC.
agstajkowski@hollandhart.com, ecftevensen_bk@hollandhart.com;lkevensen@hollandhart.com

WILLIAM A LEONARD
biff7tte@mindspring.com, ca46@ecfcbis.com

SHERRY A. MOORE on behalf of Creditor Aurora Loan Services, LLC, its assignees and/or successors
BKNOTICE@MCCARTHYHOLTHUS.COM, NVBKCOURT@MCCARTHYHOLTHUS.COM

SHERRY A. MOORE on behalf of Creditor NATIONSTAR MORTGAGE, LLC, ITS ASSIGNEES AND/OR SUCCESSORS
BKNOTICE@MCCARTHYHOLTHUS.COM, NVBKCOURT@MCCARTHYHOLTHUS.COM

SHERRY A. MOORE on behalf of Creditor THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE ALTERNATIVE LOAN TRUST 2007-HY2 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HY2, ITS ASSIGNEES
BKNOTICE@MCCARTHYHOLTHUS.COM, NVBKCOURT@MCCARTHYHOLTHUS.COM

SHERRY A. MOORE on behalf of Creditor The Bank of New York Mellon, f/k/a The Bank of New York, as trustee, on behalf of the holders of the Alternative Loan Trust 2007-HY2 Mortgage Pass- Through Certificates, Series 2007-HY2, its assignees
BKNOTICE@MCCARTHYHOLTHUS.COM, NVBKCOURT@MCCARTHYHOLTHUS.COM

JAMES E. SHIVELY on behalf of Creditor USAA FEDERAL SAVINGS BANK
bkecf@poliball.com

ARIEL E. STERN on behalf of Creditor NATIONSTAR MORTGAGE, LLC, ITS ASSIGNEES AND/OR SUCCESSORS
ariel.stern@akerman.com,
christine.parvan@akerman.com;steven.shevorski@akerman.com;allison.schmidt@akerman.com;
tenesa.scaturro@akerman.com;akermanlas@akerman.com;lucille.chiusano@akerman.com

U.S. TRUSTEE - LV - 7
USTPRegion17.LV.ECF@usdoj.gov

GILBERT BERNATT WEISMAN on behalf of Creditor AMERICAN EXPRESS CENTURION BANK
notices@becket-lee.com

GILBERT BERNATT WEISMAN on behalf of Creditor ECAST SETTLEMENT CORPORATION
notices@becket-lee.com

☐ **b.** **United States mail, postage fully prepaid** *(List persons and addresses. Attach additional paper if necessary)*

☐ **c.** **Personal Service** *(List persons and addresses. Attach additional paper if necessary)*

I personally delivered the document(s) to the persons at these addresses:

- ☐ For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the documents(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the documents(s) in a conspicuous place in the office.

- ☐ For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ **d.** **By direct email (as opposed to through the ECF System)** *(List persons and email addresses. Attach additional paper if necessary)*

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the em ail add resses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **e.** **By fax transmission** *(List persons and fax numbers. Attach additional paper if necessary)*

Based upon the written agreement of the p arties to accept service by fax transmission or a court

order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used . A copy of the record of the fax transmission is attached.

☐    **f.**    **By messenger** *(List persons and addresses. Attach additional paper if necessary)*

☐    I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

*(A declaration by the messenger must be attached to this Certificate of Service).*

**I declare under penalty of perjury that the foregoing is true and correct.**

**DATED this 17th day of March, 2015**

*/s/ Alexis Stajkowski*
_____
SIGNATURE OF DECLARANT

4

 

Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
March 02, 2015

1
2
3
4
5
6  Lars K. Evensen
   Nevada Bar No. 8061
7  Joseph G. Went
   Nevada Bar No. 9220
8  HOLLAND & HART LLP
   9555 Hillwood Drive, 2nd Floor
9  Las Vegas, NV  89134
   Phone: (702) 669-4631
10 Fax: (702) 669-4650
   levensen@hollandhart.com
11 jgwent@hollandhart.com
12 *Attorneys for Creditor Select Portfolio Servicing, Inc.*

## THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| IN RE: | CASE NO.: BK-S-11-26893-MKN |
|---|---|
| LAWRENCE AUGUSTUS GRIHALVA, | CHAPTER: 7 |
| Debtor. | ORDER APPROVING SETTLEMENT |
|  | Hearing Date: January 28, 2015 |
|  | Hearing Time: 2:30 pm |

This Court called for hearing the matter of Debtor Lawrence A. Grihalva's Motion to Reopen Chapter 7 Case and to Hold Select Portfolio Servicing, Inc. in Contempt for Violating the Discharge Injunction under 11 U.S.C. §524(a)(2) and for Sanctions and Attorney Fees (the "Motion"). Select Portfolio Servicing, Inc. ("SPS") timely filed an Opposition to the Motion (the "Opposition") and the Debtor timely filed a Reply to SPS's Opposition. All pleadings were properly served.

Appearing on behalf of the Debtor was Christopher Burke, Esq., and appearing on behalf SPS was Lars Evensen, Esq. of the law firm Holland & Hart LLP. Upon calling the matter,

1

1 Counsel for the Debtor and SPS informed the Court they resolved the dispute. Counsel then put on the record of the Court the proposed settlement between the parties as follow:

    1) SPS, in consideration for the settlement of this dispute, shall pay $7,500 to the Debtor Lawrence A. Grihalva (the "Settlement Funds"). SPS shall pay the Debtor within 15-days after the entry of this Order, by tendering said funds to Debtor's Counsel Christopher Burke, Esq.

    2) SPS's entry into this settlement and the payment of the Settlement Funds shall not be construed or deemed as an admission of any form by SPS.

    3) The Debtor Lawrence A. Grihalva, in consideration for the settlement of this dispute, shall make all reasonable efforts to assist SPS in exercising its remedies in connection with a certain property, which is located at the common address of 56 E. Serene Ave Unit 120, Las Vegas, Nevada 89123 (the "Property"). The Debtor's assistance may include, but is not limited to, vacating the Property – including any tenants - within 15-days of a written request provided to Debtor's Counsel Christopher Burke, Esq., the execution of a deed in lieu of foreclosure, stipulation to a judicial foreclosure on the Property, and/or not take any act or action to delay or disrupt any non-judicial foreclosure upon the Property.

    4) SPS and Debtor Lawrence A. Grihalva shall mutually and generally release each other, their agents, counsel, and affiliates, from any claims or actions arising from or related to the subject of the Motion entitled Reopen Chapter 7 Case and to Hold Select Portfolio Servicing, Inc. in Contempt for Violating the Discharge Injunction under 11 U.S.C. §524(a)(2) and for Sanctions and Attorney Fees, other than the obligations set forth herein.

    5) This Court shall retain jurisdiction to resolve any dispute by and between the Debtor and SPS regarding their settlement agreement.

    **THIS COURT** having consider the proposed settlement by and between Debtor and SPS and for good cause appearing,

///

1     **HEREBY ORDERS** the Debtor and SPS to comply with the settlement terms set forth
2 above; and
3     **FURTHER ORDERS**, the remainder of this matter is moot; and
4     **FINALLY ORDERS** SPS to prepare this Order setting for the said settlement.
5     **IT IS SO ORDERED.**
6                                ###

Prepared and submitted by:

HOLLAND & HART LLP

*[signature]*

Lars K. Evensen
Nevada Bar No. 8061
Joseph G. Went
Nevada Bar No. 9220
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

*Attorneys for Creditor Select Portfolio Servicing, Inc.*

**CERTIFICATION OF COUNSEL re: RULE 9021:**

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____ The court has waived the requirement set forth in LR 9021(b)(1).

_____ No party appeared at the hearing or filed an objection to the motion.

XX   I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

_____ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

# # #

| ATTORNEY | APPROVED | DISAPPROVED | NO RESPONSE |
|---|---|---|---|
| Christopher Burke, Esq. | XX | | |
| | | | |

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

/s/ Lars Evensen
_____
Lars K. Evensen, Esq.  8061

7483501_2

HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor Las Vegas, NV 89134

4